UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAGGIE TYLER,<br><br>         Petitioner,<br><br>    v.<br><br>STATE OF WASHINGTON,<br><br>         Respondent. | NO: 2:15-CV-284-SMJ<br><br>ORDER DISMISSING HABEAS PETITION |

By Order filed December 3, 2015, the Court directed Petitioner to amend her petition to name a proper Respondent. ECF No. 5. In addition, it appeared that Plaintiff's sole ground for relief, a challenge to a jury instruction, did not state a federal constitutional claim. *See Middleton v. Cupp,* 768 F.2d 1083, 1085 (9th Cir. 1985) (*citing Engle .v Isaac,* 456 U.S. 107, 119 (1982)).

Petitioner, a *pro se* prisoner at the Washington Corrections Center for Women did not comply with the Court's directive and has filed nothing further in this action.   Therefore, **IT IS ORDERED** that this action is **DISMISSED without**

ORDER DISMISSING PETITION -- 1

**prejudice** for lack of jurisdiction over the Respondent. *Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994).

**IT IS SO ORDERED.** The Clerk's Office shall enter this Order, forward a copy to Petitioner at her last known address and close the file. The Court further certifies that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R.App. P. 22(b).

**DATED** this 17th day of February 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge